CATHERINE VENNARD, as Administratrix of the Estate of PATRICK GORMLEY, Deceased, Appellant, *v.* ALBANY SAVINGS BANK, Respondent, Impleaded with Another.

Argued February 29, 1940; decided March 15, 1940.

*Borden H. Mills* and *Ellis J. Staley* for appellant.

*Edward S. Rooney* and *B. Jermain Savage* for respondent.

Judgment affirmed, with costs; no opinion. (See 282 N. Y. 802.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.